# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                   §   Case No. 13-41621
                                         §
MELISSA I. RODRIGUEZ                     §
                                         §
                                         §
                                         §
                    Debtor(s)            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/30/2014, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/04/2014                By:  /s/ David P. Leibowitz
                                             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-41621 |
| | § | |
| MELISSA I. RODRIGUEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $9,117.00
*and approved disbursements of* $7,430.58
*leaving a balance on hand of[1]:* $1,686.42

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,686.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $424.49 | $0.00 | $424.49 |
| David P. Leibowitz, Trustee Expenses | $2.38 | $0.00 | $2.38 |

Total to be paid for chapter 7 administrative expenses: $426.87
Remaining balance: $1,259.55

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,259.55

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,259.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,305.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 96.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for Comenity Bank | $270.06 | $0.00 | $260.64 |
| 2 | Capital One Bank (USA), N.A. | $1,035.01 | $0.00 | $998.91 |

|  | Total to be paid to timely general unsecured claims: | $1,259.55 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-41621-JBS
Melissa I. Rodriguez                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 1              Date Rcvd: Sep 04, 2014
                              Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2014.
```
db          +Melissa I. Rodriguez,    7327 W. 111th Place,    Worth, IL 60482-1744
21143883    +Capital Accounts for Midwest Dental,    P.O. Box 140065,    Nashville, TN 37214-0065
21143884    +Capital One,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
21427452   +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
              Charlotte, NC  28272-1083
21143886    +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
21143887    +Citi Mortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
21143888    +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
21143889    +Comenity Bank,    P.O. Box 182272,    Columbus, OH 43218-2272
21143892    +Freedman Anselmo Lindberg LLC,    1771 W. Diehl Road,    Suite 150,    Naperville, IL 60563-4947
21143895    +Illinois Collection Services,    P.O. Box 1010,    Tinley Park, IL 60477-9110
21143897   #+Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
21143903    +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21143882    +E-mail/Text: ebn@squaretwofinancial.com Sep 05 2014 00:45:45     CACH, LLC,
              4340 S. Monaco St # 2,    Denver, CO 80237-3408
21143890    +E-mail/Text: bankruptcy@condorcap.com Sep 05 2014 00:45:02     Condor Capital Corp.,
              165 Oser Avenue,    Hauppauge, NY 11788-3710
21143891    +E-mail/Text: bknotices@decafinancialservices.com Sep 05 2014 00:45:49     Deca Financial Services,
              for Monticello Emergency Ser.,    12175 Visionary Way,    Fishers, IN 46038-3069
21143893    +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2014 00:48:46     GE Capital/Discount Tires,
              P.O. Box 965036,    Orlando, FL 32896-5036
21143894    +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2014 00:50:02     GECRB/Care Credit,
              P.O. Box 965036,    Orlando, FL 32896-5036
21143896    +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 05 2014 00:45:19     NCO Financial Systems,
              600 Holiday PLaza Dr,    Suite 300,    Matteson, IL 60443-2238
21347250     E-mail/Text: bnc-quantum@quantum3group.com Sep 05 2014 00:44:45
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21143885*    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
21143898*    +Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
21143899*    +Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
21143900*    +Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
21143901*    +Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
21143902*    +Timothy Block,    207 Morris Street,    Joliet, IL 60436-1231
                                                                                        TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2014                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2014 at the address(es) listed below:
```
              Christine R Piesiecki    on behalf of Debtor Melissa I. Rodriguez polskadwokat@aol.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```